```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 18581
   ERNEST MOYA
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7637


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/10/2005 and was confirmed 06/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/26/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
WELLS FARGO BANK NA        CURRENT MORTG       .00            .00            .00
THOMAS R HITCHCOCK         PRIORITY       NOT FILED           .00            .00
ACADEMY COLLECTION SERVI   NOTICE ONLY   NOT FILED            .00            .00
ALARM COMMUNICATIONS       UNSEC W/INTER NOT FILED            .00            .00
ALLIANCE ONE               NOTICE ONLY   NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER   1445.93         123.45        1445.93
AMERICAN GENERAL FINANCE   UNSEC W/INTER   1064.09          77.62        1064.09
ROUNDUP FUNDING LLC        UNSEC W/INTER   4080.19         348.47        4080.19
BANCO POPULAR              UNSEC W/INTER NOT FILED            .00            .00
CAPITAL ONE                UNSEC W/INTER   1989.86         161.64        1989.86
CARSON PIRIE SCOTT         UNSEC W/INTER NOT FILED            .00            .00
RESURGENT ACQUISITION LL   UNSEC W/INTER   5410.54         437.98        5410.54
COMCAST                    UNSEC W/INTER NOT FILED            .00            .00
DELL FINANCIAL SERVICES    UNSEC W/INTER NOT FILED            .00            .00
FORD MOTOR CREDIT          UNSEC W/INTER   8623.28         736.52        8623.28
HARRIS & HARRIS            NOTICE ONLY   NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER   1340.01         108.88        1340.01
AMERICAN RECOVERY SYSTEM   NOTICE ONLY   NOT FILED            .00            .00
NATIONAL ASSET RECOVERY    UNSEC W/INTER NOT FILED            .00            .00
PROGRESSIV MANAGEMENT SY   UNSEC W/INTER NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    441.88          36.25         441.88
SHIRLEY A ROY MD           UNSEC W/INTER NOT FILED            .00            .00
STOKES CLINTON FLEMING     UNSEC W/INTER NOT FILED            .00            .00
TARGET NATIONAL BANK       UNSEC W/INTER    447.41          38.43         447.41
UNIVERSAL FIDELITY CORP    NOTICE ONLY   NOT FILED            .00            .00
VALENTINE & KEBARTAS INC   NOTICE ONLY   NOT FILED            .00            .00
WELLS FARGO BANK NA        MORTGAGE ARRE   2482.27            .00        2482.27
THOMAS R HITCHCOCK         DEBTOR ATTY    1,934.50                      1,934.50
TOM VAUGHN                 TRUSTEE                                      1,877.85
DEBTOR REFUND              REFUND                                         167.95

     Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 18581 ERNEST MOYA
```

```
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  33,375.00

PRIORITY                                              .00
SECURED                                          2,482.27
UNSECURED                                       24,843.19
    INTEREST                                     2,069.24
ADMINISTRATIVE                                   1,934.50
TRUSTEE COMPENSATION                             1,877.85
DEBTOR REFUND                                      167.95
                         ---------------   ---------------
TOTALS                   33,375.00               33,375.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/20/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
            CASE NO. 05 B 18581 ERNEST MOYA